IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BFS DIVERSIFIED PRODUCTS, LLC,<br>FIRESTONE INDUSTRIAL PRODUCTS<br>   COMPANY, LLC,<br><br>               Plaintiffs,<br><br>      v.<br><br>AMERICAN INNOVATIVE MANUFACTURING<br>   INDUSTRIES, INC.,<br>     d/b/a TRUCKINSUSPENSION.COM,<br>     d/b/a AIRBAGIT.COM,<br>AIM INDUSTRIES LLC,<br>AIRBAGIT.COM SUSPENSION LLC,<br>CHASSIS TECH LLC,<br>AIRRIDEPRO.COM LLC,<br>LONESOME HAWK LIMITED PARTNERSHIP,<br>AIRRIDE COMPONENTS LLC,<br>JOSEPH MORROW,<br>LINDA HARGRAVE, and<br>JOHN/JANE DOES.<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:07cv0410<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FINAL JUDGMENT
AND PERMANENT INJUNCTION

      By and with the consent of all Plaintiffs and Defendants, the Court enters the following final judgment and permanent injunction:

      1.    This Court has jurisdiction of this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiffs' state law claims because those claims form part of the same case or

controversy as Plaintiffs' federal Lanham Act claims. This court has personal jurisdiction over the parties, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c).

2. Good cause exists for the entry of this Final Judgment and Permanent Injunction against Defendants.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

A. Defendants, their related companies, officers, directors, employees, agents, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from using or attempting to register, directly or indirectly, any name, trademark, service mark, trade name, company name, slogan, tagline, domain name, URL, e-mail address, or other identifier comprised of or containing the terms AIR and RIDE, AIRRIDE, AIRIDE, or any similar variation(s), except as permitted in the phase-out period set forth in Paragraph C below.

B. Defendants, their related companies, officers, directors, employees, agents, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from distributing or making public, directly or indirectly, the advertisements identified in Exhibits 1-20 of the settlement agreement and from making, directly or indirectly, the claims identified in Paragraph 6 of the settlement agreement, or similar claims.

C. Defendants will have thirty (30) days from the date of the full execution of the settlement agreement between the parties to dispose or destroy of all materials covered by this injunction. Defendant may keep non-public materials, such as business records, for non-public historical, archival, and business-reporting purposes.

D.  The settlement agreement entered into between the parties, which is attached hereto as Exhibit A, was entered into voluntarily by the parties and shall be incorporated in and made part of this Judgment.

E.  This Court retains jurisdiction over any disputes between the parties with respect to the enforcement and/or interpretation of this Judgment and the attached settlement agreement.

**IT IS SO ORDERED**  05/17/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

3

## STIPULATION

The undersigned represent that they have the authority to stipulate to the entry of the foregoing Final Judgment and Permanent Injunction, and it is so stipulated.

By Counsel for Plaintiffs:

*/s/ Mark J. R. Merkle* /atty for Plaintiffs     Date: 5/9/07

Mark J. R. Merkle
Marc T. Quigley
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis IN 46204
(317) 636-4341 (phone)
(317) 636-1507 (fax)

Douglas A. Rettew
David M. Kelly
Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)

Counsel for Plaintiffs
BFS Diversified Products, LLC and
Firestone Industrial Products Company, LLC

By Defendants:

*/s/ Joseph Morrow*     Date: 4-24-07

Joseph Morrow
260 South Hibbert Street
Mesa, Arizona 85120

Legal Representative for Defendants
American Innovative Manufacturing Industries, Inc.,
 d/b/a TRUCKINSUSPENSION.COM,
 d/b/a AIRBAGIT.COM,
AIM Industries LLC,
AIRBAGIT.COM Suspension LLC,
Chassis Tech LLC,
AIRRIDEPRO.COM LLC,
Lonesome Hawk Limited Partnership

AIRRIDE Components LLC

_____
Linda Hargrave
260 South Hibbert Street
Mesa, Arizona 85120

Date: 4·25·07